IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV174-1-MU

WILLIE J. WILLIAMS,            )
                               )
    Plaintiff,            )
                               )
v.                             )            **O R D E R**
                               )
ROBERT. COOPER, <u>et al.</u>,       )
                               )
    Defendants.           )
_____)

**THIS MATTER** comes before the Court for an initial review of Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1), filed April 14, 2009.

Section 1915 of Title 28 of the United States Code allows certain litigants to pursue civil litigation without the prepayment of fees or costs. 28 U.S.C. § 1915(a)(2). However, pursuant to 28 U.S.C. § 1915(e), a prisoner shall not bring a civil action or appeal a judgment in a civil action without the prepayment of fees or costs if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it was frivolous, malicious or failed to state a claim. The only exception to this filing prohibition is if the prisoner is in imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

Plaintiff has asked to be allowed to proceed in forma pauperis in this matter. (Doc. No. 1-8). This Court takes judicial notice of the fact that Plaintiff has had at least three prior prisoner civil actions in this Court alone that were dismissed because they were found to be frivolous or

because they failed to state a claim. See <u>Williams v. Bennett</u>, 1:05CV292 (W.D.N.C. Sept. 13, 2005)(dismissing Complaint for failure to state a claim); <u>Williams v. Trice</u>, 1:05CV320 (W.D.N.C. Nov. 3, 2005)(same); <u>Williams v. Cooper</u>, 1:08CV515 (W.D.N.C. Dec. 2, 2008)(same). Plaintiff's Complaint does not establish that he is in imminent danger of serious physical injury. See <u>Martin v. Shelton</u>, 319 F.3d 1048, 1050 (8th Cir. 2003)("[v]ague, speculative, or conclusory allegations are insufficient to invoke the exception of § 1915(g); rather the inmate must make :specific fact allegations of ongoing serious physical injury, or a pattern of misconduct evidencing the likelihood of imminent serious physical injury.") Consequently, because Plaintiff, a prisoner, has three "strikes" against him, his Motion to Proceed <u>In Forma Pauperis</u> is denied and his Complaint is dismissed pursuant to 28 U.S.C. § 1915(g).

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's Motion to Proceed <u>In Forma Pauperis</u> is **DENIED** pursuant to 28 U.S.C. § 1915(g); and

2. Plaintiff's Complaint is **DISMISSED** without prejudice for failure to pay the civil filing fee required by 28 U.S.C. § 1914(a).

Signed: May 12, 2009

Graham C. Mullen
United States District Judge